77,305-02,03,04

Ex Parte

Ray Anthony Ward

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 8 2015

Abel Acosta, Clerk

§
§
§
§
§
§

Court of Criminal Appeals

Austin Texas 78711

**MOTION DENIED**
DATE: 11-30-15
BY: DC

## MOTION FOR REDRESS

Now comes Petitioner, Ray Anthony Ward, not Anthony Ray Ward. Petitioner respectfully requests the Court to address him by his original birth name.

On September 16, 2015, this Court issued a Written Order to the trial court, the 194th District Court of Dallas County to complete an evidentiary investigation and enter findings of fact and conclusions of law. On October 21, 2015, Petitioner received three (3) "White Cards" dismissing Petitioner's Writ of Habeas Corpus without written order, in Cause Nos. WR-77,305-02; WR-77,305-03; and WR-77,305-04. Petitioner notified Bruce Anton, Writ Master Judge by immediately sending all three (3) "White Cards" to his office. On October 26, 2015, Petitioner received a response from Bruce Anton that did not address the Petitioner's request for an explaination of the reasons for the the Court's dismissal without written order without holding an evidentiary hearing nor requesting Affidavits. Petitioner respectfully requests this Court to send him the trial court's Findings of Face and Conclusions of Law upon which denial of relief was based on.

Petitioner hereby submits this motion in good faith, and prays that Petitioner's request for redress is granted.

Respectfully submitted,

*Ray A. Ward*

Ray Anthony Ward

### UNSWORN DECLARATION

I, Ray Anthony Ward, being presently incarcerated at the Coffield Unit, in Anderson County, Texas, declare under the penalty of perjury that the foregoing is true and correct.

Signed and Executed on this 11th day of November, 2015.

*Ray A. Ward*

Ray Anthony Ward, TDCJ ID #633106
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884